596

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALLEN JOHN EVANS, Appellant.— Appeal from order of the Supreme Court, New York County, entered on August 12, 1971, denying defendant's motion for an order to furnish him with a free trial transcript, unanimously dismissed. Having examined the record, if we were not dismissing, we would affirm the order below. Concur — Stevens, P. J., McGivern, Markewich, Nunez and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LOUIS TOLENTINO, Respondent.— Order, Supreme Court, Bronx County, entered on January 15, 1971, granting in part defendant's motion to suppress certain incriminating statements, affirmed. Defendant's interrogation followed a search of his person, under authority of a search warrant, by police officers with drawn guns. Obviously, defendant was in custody, his will to resist was affected and there was compulsion to speak. Clearly, under these circumstances, defendant was entitled to the *Miranda* warnings before being questioned. (See *People* v. *Phinney*, 22 N Y 2d 288, 291; *People* v. *Shivers*, 21 N Y 2d 118.) Concur — Nunez, Kupferman and Murphy, JJ.; Stevens, P. J., and Markewich, J., dissent and vote to reverse and deny the defendant's motion on the authority of *People* v. *Ryff* (27 N Y 2d 707).